UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOPE FERNANDEZ-KAMBICK,<br><br>Plaintiff,<br><br>v.<br><br>INC AUTHORITY, LLC,<br><br>Defendant. | Case No. 1:24-cv-01531-KES-EPG<br><br>ORDER RE: NOTICE OF VOLUNTARY DISMISSAL<br><br>(ECF No. 4) |

This is a putative class action case, filed on December 13, 2024, with Defendant having not yet appeared. On February 19, 2025, Plaintiff filed a notice of voluntary dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i):

> Plaintiff Hope Fernandez-Kambick, individually, by and through undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby files this Notice of Voluntary Dismissal of the above-styled action. Plaintiff's individual claims against Defendant are dismissed *with* Prejudice. The claims of the putative class members are dismissed *without* prejudice. Defendant has not filed an answer or a motion for summary judgment in this proceeding.

(ECF No. 4, p. 1).

Accordingly, in light of the voluntary dismissal, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(i), and has been dismissed with prejudice as to Plaintiff's individual claims and without prejudice as to the claims of the putative class members. *See Wilson v. City of San*

1

*Jose*, 111 F.3d 688, 692 (9th Cir. 1997). The Clerk of Court is respectfully directed to terminate any pending dates and deadlines and to close the case.

IT IS SO ORDERED.

Dated:   **February 20, 2025**              /s/ Erica P. Grosjean
                                            UNITED STATES MAGISTRATE JUDGE

2